Geoffrey W. Castello
KELLEY DRYE & WARREN LLP
One Jefferson Road, Second Floor
Parsippany, New Jersey 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
gcastello@kelleydrye.com

Mark A. Konkel (*Pro Hac Vice* application forthcoming)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(T): (212) 808-7800
(F): (212) 808-7898
mkonkel@kelleydrye.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHELLE YOUNG, | |
| Plaintiff | Civil Action No. 3:16-CV-04080-FLW-LHG |
| -against- | |
| LONGCHAMP USA, INC., | **DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| Defendant | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Longchamp USA, Inc., by its undersigned counsel, Kelley Drye & Warren LLP, identifies below all parent corporations and any publicly held corporations that own 10% or more of its stock: SAS JEAN CASSEGRAIN (100%).

2

Dated: October 26, 2016
        Parsippany, New Jersey

                            KELLEY DRYE & WARREN LLP
                            *Attorneys for Defendant*


                            By:   */s/ Geoffrey W. Castello*
                                  Geoffrey W. Castello
                            One Jefferson Road, Second Floor
                            Parsippany, New Jersey 07054
                            Tel: (973) 503-5900
                            Fax: (973) 503-5950
                            gcastello@kelleydrye.com